ERNEST DONNER, PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 22523.   Promulgated May 28, 1929.

*Frederick L. Pearce, Esq.*, and *Edward R. Burt, C. P. A.*, for the petitioner.
*Bruce A. Low, Esq.*, for the respondent.

OPINION.

GREEN: Since both the facts and the question at issue are the same as were before us in *Phillip C. Donner*, 16 B. T. A. 758, we will adopt as our opinion in this case, the opinion which we have this day promulgated in the above-mentioned proceeding.

*Judgment will be entered for the respondent.*